TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JENNA WILLIAMS (Cal. Bar No. 307975)
JASON C. PANG (Cal. Bar No. 296043)
Assistant United States Attorney
International Narcotics, Money
Laundering, & Racketeering Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2690/2652
    Facsimile:  (213) 894-0142
    E-mail:  jenna.williams@usdoj.gov
        jason.pang@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW TATE and WILLIE ALSHA HILL,<br><br>    Defendants. | No. CR 20-543-SB<br><br>JOINT STATEMENT OF THE CASE<br><br>Indictment:<br>November 3, 2020<br><br>Pretrial Conference:<br>May 17, 2022<br><br>Trial:<br>June 7, 2022<br><br>Last Day:<br>June 22, 2022 |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Jenna Williams and Jason C. Pang, and defendants ANDREW TATE, by and through his counsel of record Damon Lamont Hobdy, and WILLIE ALSHA HILL, by

and through his counsel of record Amy Fan, hereby submit the following joint statement of the case.

Dated: June 7, 2022

Respectfully submitted,

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

/s/
JENNA WILLIAMS
JASON C. PANG
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: June 7, 2022

*/s/ - by email authorization*

DAMON LAMONT HOBDY
Attorney for Defendant
ANDREW TATE

Dated: June 7, 2022

*/s/ - by email authorization*

AMY FAN
Attorney for Defendant
WILLIE ALSHA HILL

**JOINT STATEMENT OF THE CASE**

This is a criminal case brought by the United States government. The indictment alleges specific crimes against the two defendants who are on trial. The charges arise primarily from (i) alleged drug purchases from in and around two storefronts on Figueroa Avenue in South Los Angeles by two confidential informants working with the FBI; and (ii) conversations intercepted from cellphones alleged to belong to defendant Andrew Tate and an alleged co-conspirator. Each defendant has entered pleas of not guilty and is presumed to be innocent unless and until the government proves the charges beyond a reasonable doubt.

In Count One, the government charges that defendants Andrew Tate and Willie Alsha Hill conspired to distribute and possess with intent to distribute controlled substances, specifically, methamphetamine, cocaine base in the form of crack cocaine, and powder cocaine, in violation of Title 21, United States Code, Sections 846 and 841(a)(1). The indictment also alleges that, from on or about June 7, 2017 to May 22, 2018, defendants and their co-conspirators committed overt acts in furtherance of the conspiracy. The government also contends that it was reasonably foreseeable to each defendant that the members of the conspiracy would distribute or possess with intent to distribute at least 50 grams of methamphetamine, and at least 28 grams of crack cocaine.

In Counts Twelve, Eighteen, Nineteen, Twenty-One, Twenty-Four, and Twenty-Six, the government charges that defendant Tate distributed cocaine base in the form of crack cocaine. Each of these alleged drug transactions are also reflected in various overt acts charged as part of the conspiracy in Count One.

In Count Twenty-Eight, the government charges that defendant Tate participated in a separate conspiracy to distribute and possess with intent to distribute heroin. Specifically, the indictment alleges that defendant Tate conspired with two other individuals to smuggle heroin supplied by defendant Tate to an inmate at Solano State Prison. In Count Twenty-Nine, the government charges defendant Tate with the distribution of the heroin that his co-conspirator attempted to smuggle into the prison.

These charges arise from intercepted calls from cellphones alleged to belong to defendant Tate and an alleged seizure of heroin from a visitor to the prison on or about November 18, 2017.