1  TRACY L. WILKISON
   United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   JENNA WILLIAMS (Cal. Bar No. 307975)
4  JASON C. PANG (Cal. Bar No. 296043)
   Assistant United States Attorney
5  International Narcotics, Money
   Laundering, & Racketeering Section
6       1400 United States Courthouse
        312 North Spring Street
7       Los Angeles, California 90012
        Telephone:   (213) 894-2690/2652
8       Facsimile:   (213) 894-0142
        E-mail:      jenna.williams@usdoj.gov
9                    jason.pang@usdoj.gov

10 Attorneys for Plaintiff
   UNITED STATES OF AMERICA

11          UNITED STATES DISTRICT COURT

12       FOR THE CENTRAL DISTRICT OF CALIFORNIA

13 UNITED STATES OF AMERICA,          No. CR 20-543-SB

14          Plaintiff,                PROPOSED JURY INSTRUCTION
                                      REGARDING ABSENCE OF
15          v.                        DEFENDANT ANDREW TATE

16 ANDREW TATE and WILLIE             Indictment:
   ALSHA HILL,                        November 3, 2020
17
            Defendants.               Pretrial Conference:
18                                    May 19, 2022

19                                    Trial:
                                      June 7, 2022
20
                                      Last Day:
21                                    June 22, 2022

22

23       Plaintiff United States of America, by and through its counsel of record, the

24 United States Attorney for the Central District of California and Assistant United

25 States Attorneys Jenna Williams and Jason C. Pang, and defendant WILLIE ALSHA

26 //

27 //

28

                            1

HILL, by and through his counsel of record Amy Fan, hereby submit the Proposed

Jury Instruction Regarding Absence of Defendant Andrew Tate.

Dated: June 17, 2022                    Respectfully submitted,

                                        TRACY L. WILKISON
                                        United States Attorney

                                        SCOTT M. GARRINGER
                                        Assistant United States Attorney
                                        Chief, Criminal Division


                                        ___/s/_____
                                        JENNA WILLIAMS
                                        JASON C. PANG
                                        Assistant United States Attorneys

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA




Dated: June 17, 2022                    _/s/ by email authorization_____
                                        AMY FAN
                                        Attorney for Defendant
                                        WILLIE ALSHA HILL

GOVERNMENT'S PROPOSED INSTRUCTION

The case against defendant Andrew Tate is no longer before you. Counsel for defendant Tate is ill, and can no longer proceed with the trial. This fact should not influence your verdict with reference to the remaining defendant, and you must base your verdict solely on the evidence against the remaining defendant.

Source: Ninth Circuit Model Instruction 2.15 [Disposition of Charge Against Codefendant] (modified with specific facts for this case)

1

## DEFENDANT HILL'S PROPOSED INSTRUCTION

2          The case against defendant Andrew Tate is no longer before you. Counsel for

3    defendant Tate is ill, and can no longer proceed with the trial.  Defendant Tate has not

4    pleaded guilty to the charges and is still presumed innocent.

5          Defendant Tate and his counsel's sudden absence should not influence your

6    verdict with reference to the remaining defendant.  Defendant Hill is still presumed

7    innocent and you must base your verdict solely on the evidence separately from the

8    charges against defendant Tate.

9

10

11          Given that a codefendant has unexpectedly been removed from the trial, to avoid

12    confusion, the jurors should be instructed that Mr. Hill is still presumed innocent, and

13    that the evidence should be considered separately from what has been presented

14    against co defendant.

15          Also, in addition to advising the jurors that co counsel, Mr. Hobdy is ill, it

16    should be clarified to the jurors that Mr. Tate has not entered a guilty plea.

17

18

19

20

21

22

23

24

25

26

27

28